Filed 6/9/2016 8:26:45 AM
Margaret E. Littleton
District Clerk
Atascosa County, Texas
Reviewed By: Jacquie Rowland

ACCEPTED
04-16-00310-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/13/2016 11:45:51 AM
KEITH HOTTLE
CLERK

# LAW OFFICE OF OLGA BROWN

111 SOLEDAD, SUITE 1725
SAN ANTONIO, TEXAS 78205
(210) 226-1550
TELECOPIER (210) 226-1884

Jun 8, 2016

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/13/16 11:45:51 AM

KEITH E. HOTTLE
Clerk

***VIA e-file***

Margaret E. Littleton
Atascosa County District Clerk
Atascosa County Courthouse
Courthouse Circle#4-B
Jourdanton, Texas 78026

Re:   Cause No. 12-06-0487-CVA; *Cumpian et al v. Cumpian et al*; In the District Court 81ST Judicial District of Atascosa County, Texas

Re:   14-05-0332-CVA *Calletano "Cano" Vera and Pamela Vera vs. Regency Energy, Inc., Civron Petroleum Resources, LLC, and Royis Ward, Individually*

Ms. Littleton:

Please accept this correspondence as notice that I will be on vacation and unavailable for hearings, settings or trials on the following dates:

Jul 11 – Jul 15, 2016

By copy of this letter, I am notifying all counsel of record of my plans and asking them to please not schedule any hearings, depositions or trials during this time. Kindly return a file stamped copy in the enclosed self-addressed self stamped envelope for our records.

Thank you for your cooperation in this matter.

Sincerely,

*/s/ Olga Brown*
Olga Brown

OB/mf
cc:  James A. Sindon (via fax #(830) 334-4823)
       Corrigan & Corrigan (via fax#(210) 829-0701)
       Patrick Kelly (via fax# (830)757-4045)
       Tommy Ramirez (via fax# (732) 909-9947)
File